IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01274-WYD-KLM

MICHAEL DICINO,

    Plaintiff,

v.

ALEXANDRA GARCIA, in her individual capacity,

    Defendant.

___

**MINUTE ORDER**
___

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Request for Opposing Parties Written Consent to Amend Complaint** [Docket No. 79; Filed June 10, 2013] (the "Motion"). It appears that Plaintiff copied the Court on a request to Defendant, seeking consent to file a Third Amended Prisoner Complaint. Plaintiff does not ask the Court for any relief at this time. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#79] is **STRICKEN**.

    Dated: June 11, 2013