UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01274-WYD-KLM

MICHAEL DICINO,

    Plaintiff,

v.

ALEXANDRA GARCIA, in her individual capacity,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court on plaintiff, Michael Dicino's, Motion For Extension Of Time To File Objections To Recommendation Of United States Magistrate Judge [ECF No. 75] and Motion Requesting Court Enter An Order Compelling Defendant Garcia To Serve Plaintiff With A Copy Of Her Objections To The Recommendation Of The United States Magistrate Judge [ECF No. 76].  After careful consideration, it is

    ORDERED that Dicino's Motion For Extension Of Time To File Objections To Recommendation Of United States Magistrate Judge [ECF No. 75] is **DENIED** because Dicino failed to file objections within the 14 day period prescribed in Magistrate Judge Mix's Recommendation [ECF No. 58, p. 18] and failed to request an extension of time to file objections within that time frame.  It is

    FURTHER ORDERED that Dicino's Motion Requesting Court To Enter An Order Compelling Defendant Garcia To Serve Plaintiff With A Copy Of Her Objections To The Recommendation Of The United States Magistrate Judge [ECF No. 76] is **DENIED AS MOOT** because defendant, Alexandra Garcia, mailed a copy of her Objections To Recommendation Of United States Magistrate Judge [ECF No. 61] to Dicino's new address on Thursday, May 30, 2013.

    Dated:  June 20, 2013.