IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01274-WYD-KLM

MICHAEL DICINO,

    Plaintiff,

v.

SEAN RENFRO, Administrative Sergeant, in his individual and official capacities, and
ALEXANDRA GARCIA, Nurse, in her individual and official capacities,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion Requesting the Court Enter a Ruling on Plaintiff's Motion for Leave to Amend Complaint** [Docket No. 98; Filed September 17, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#98] is **GRANTED**. The Court is aware of the pending Motion to Amend [#84] and a ruling will issue in due course.

    Dated: September 18, 2013