IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01274-WYD-KLM

MICHAEL DICINO,

    Plaintiff,

v.

ALEXANDRA GARCIA, in her individual capacity,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Blank Subpoenas** [#113] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#113] is **GRANTED**. Pursuant to Fed. R. Civ. P. 45(a)(3), the Clerk of Court is directed to issue to Plaintiff two subpoenas to produce in a civil action and two subpoenas to testify at a deposition in a civil action. These subpoenas shall be signed but otherwise in blank.

    Dated: December 17, 2013