IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01274-WYD-KLM

MICHAEL DICINO,

      Plaintiff,

v.

ALEXANDRA GARCIA, in her individual capacity,

      Defendant.

_____

## MINUTE ORDER
_____

### ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX

      This matter is before the Court on Plaintiff's **Motion Requesting an Amendment to Minute Order [Doc. #145]** [#146] (the "Motion").  On May 2, 2014, the Court granted Defendant's request to extend the discovery deadline to July 29, 2014 for the limited purpose of completing the parties' depositions. On May 16, 2014, the Court granted Plaintiff's request to extend the discovery deadline to July 29, 2014 to also allow him to subpoena documents he has been unable to yet obtain.  Plaintiff now seeks a clarification of the Court's prior Minute Order [#145].

      IT IS HEREBY **ORDERED** that the Motion [#146] is **GRANTED as follows**.  The discovery deadline is extended to July 29, 2014 for the limited purposes of completing depositions and to allow Plaintiff to request issuance of and/or to serve a subpoena for the production of documents.  The Court reminds Plaintiff that a subpoena for the production of documents must be served at least thirty (30) days before the discovery deadline.

      Dated:  May 27, 2014