IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01274-WYD-KLM

MICHAEL DICINO,

    Plaintiff,

v.

ALEXANDRA GARCIA, in her individual capacity,

    Defendant.

---

## MINUTE ORDER
---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion for Status Conference** [#159] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#159] is **GRANTED**.

    IT IS FURTHER **ORDERED** that a Status Conference is set for **July 28, 2014** at **1:30 p.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Plaintiff and his case manager shall contact the court at: **(303) 335-2770** on the above date and time in order to participate. The purpose of the Status Conference shall be to discuss: (1) Defendant's Motion for Leave to Conduct Depositions of Incarcerated Persons [#160]; (2) whether Defendant will withdraw the Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56(a) [#135]; (3) the parties' disclosures under Fed. R. Civ. P. 26(a); and (4) the need for any additional discovery not already permitted by the Court.

    IT IS FURTHER **ORDERED** that the Clerk's Office shall electronically mail a copy of this Minute Order to the legal assistant for the Department of Corrections at the following address: doc_service_of_process@state.co.us. and shall mail a courtesy copy to the case manager for Plaintiff at his facility.

    Dated:  July 17, 2014