IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | FTR - Reporter Deck - Courtroom C-204 |
| Date: July 28, 2014 | Byron G. Rogers United States Courthouse |

Civil Action No. 12-cv-01274-WYD-KLM

*Parties*:                                                         *Counsel*:

MICHAEL DICINO,                                       Pro Se (by telephone)

     Plaintiff,

v.

ALEXANDRA GARCIA, ET AL.                     Christina Gunn

     Defendant.

### COURTROOM MINUTES

**HEARING:   STATUS CONFERENCE**
**Court in session:   1:36 p.m.**
Court calls case. Appearance of counsel.

Attorney Writer Mott appears to address issues regarding subpoenas.

Discussion regarding the Fourth Amended Complaint, initial disclosures, discovery, expert witnesses, and the Motion for Leave to Conduct Depositions of Incarcerated Persons #[160].

**ORDERED:**   Motion for Leave to Conduct Depositions of Incarcerated Persons #[160] is GRANTED. Defense counsel may depose the Plaintiff in person. The depositions of Douglas Lee Baker and George Bloom may occur by telephone.  Depositions shall be properly noticed.

**ORDERED:**  Discovery deadline is extended to **October 31, 2014.**

**ORDERED:**  Dispositive motion deadline is **November 30, 2014.**

**ORDERED:**  Final Pretrial Conference set December 8, 2014 is VACATED and RESET to **February 25, 2015 at 10:30 a.m.** before the Honorable Kristen L. Mix. Final Pretrial Order is due **no later than seven (7) days** before the Final Pretrial Conference. (See the court's website **www.cod.uscourts.gov** for Instructions for Preparation and Submission). In accordance with FED.R.Civ.P. 16(d), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

**ORDERED:**  Jefferson County is ordered to provide the measurements and photographs of the cell and the windows at issue, in writing, to Plaintiff **no later than August 15, 2014.** Plaintiff may file any objections **no later than September 5, 2014.**

HEARING CONCLUDED.
**Court in recess:    2:08 p.m.**
Total In-Court Time:    00:32

To order a transcript of this proceeding, contact Avery Woods Reporting at (303